IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:
BOBBY G. WILSON (DECEASED) AND TRACY R. WILSON, DEBTORS

CHAPTER 13 PROCEEDING
CASE NO. 07-13450-DWH

HSBC MORTGAGE SERVICES, AS SERVICER FOR HOUSEHOLD FINANCE CORPORATION II          PLAINTIFF
VS.
BOBBY G. WILSON (DECEASED) AND TRACY R. WILSON          DEFENDANTS

## AGREED ORDER DOCKET NO. 70

THIS CAUSE came on to be heard on the motion to lift automatic stay filed by HSBC Mortgage Services, as Servicer for Household Finance Corporation II, and the Court being advised that the Defendants have agreed to Plaintiff's Motion and being fully advised in the premises finds as follows:

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Automatic Stay provided for in 11 U.S.C. 362 be modified to allow HSBC Mortgage Services, as Servicer for Household Finance Corporation II to initiate foreclosure proceedings against Defendants' property described as follows:

- Commence at a fence corner found at the Northeast corner of the Northwest Quarter of the Northwest Quarter of section 35, Township 7 South, Range 1 West, Lafayette County, Mississippi; thence run West for 33.0 feet to a steel post; thence with fence line run South 08 degrees 03 minutes West for 420.0 feet to a steel post; thence run West for 344.46 feet to a steel poste set at the POINT OF BEGINNING for herein described parcel; thence run South 40 degrees 58 minutes West for 646.4 feet to a nail set in t he center of the Lafayette County Road No. 253; thence with said road run North 51 degrees 30 minutes West for 296.6 feet; thence run North 14 degrees 00 minutes West for 312.6 feet to a nail set in the center of said road; thence leaving said road run East 731.5 feet to the POINT OF BEGINNING, containing 4.75 acres, more or less. LESS AND EXCEPT PUBLIC ROAD RIGHT OF WAY.

and being subject to that Deed of Trust recorded in the Lafayette County Chancery Clerk's office in Book 907 at Page 216. Entry of this order shall constitute the entry of a

final judgment pursuant to Bankruptcy Rule 9021 and Rule 53 of the Federal Rules of Civil Procedure and shall be applicable to any subsequent case filed by the Debtors under the Bankruptcy Code or conversion of this case to any other Chapter under the Bankruptcy Code.

IT IS FURTHER ORDERED AND ADJUDGED that the Trustee shall abandon the hereinabove described property from the estate pursuant to 11 U.S.C. §544(b) and that Rule 4001(a)(3) is not applicable allowing HSBC Mortgage Services, as Servicer for Household Finance Corporation II to immediately enforce and implement this Order granting relief from the automatic stay.

ORDERED AND ADJUDGED, this the 16th day of July, 2009.

UNITED STATES BANKRUPTCY JUDGE

AGREED TO:

_____
J. Gary Massey, Attorney for Plaintiff

(See attached)
_____
C. Gaines Baker, C.G. Baker Building, Suite One, Attorney for Debtors

(See attached)
_____
Locke D. Barkley, Chapter 13 Trustee

Presented by:
J. Gary Massey, MSB #1920
SHAPIRO & MASSEY, L.L.P.
1910 Lakeland Drive, Suite B
Jackson, MS 39216
Telephone No: (601)981-9299
Facsimile No. (601)981-9288
BK Case No. 07-13450-DWH

final judgment pursuant to Bankruptcy Rule 9021 and Rule 53 of the Federal Rules of Civil Procedure and shall be applicable to any subsequent case filed by the Debtors under the Bankruptcy Code or conversion of this case to any other Chapter under the Bankruptcy Code.

IT IS FURTHER ORDERED AND ADJUDGED that the Trustee shall abandon the hereinabove described property from the estate pursuant to 11 U.S.C. §544(b) and that Rule 4001(a)(3) is not applicable allowing HSBC Mortgage Services, as Servicer for Household Finance Corporation II to immediately enforce and implement this Order granting relief from the automatic stay.

ORDERED AND ADJUDGED, this the _____ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO:

_____
J. Gary Massey, Attorney for Plaintiff

_____
C. Gaines-Baker, C/O C. Baker Building, Suite One, Attorney for Debtors

_____
Locke D. Barkley, Chapter 13 Trustee

Presented by:
J. Gary Massey, MSB #1920
SHAPIRO & MASSEY, L.L.P.
1910 Lakeland Drive, Suite B
Jackson, MS 39216
Telephone No: (601)981-9299
Facsimile No. (601)981-9288
BK Case No. 07-13450-DWH